THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK NENTARZ, Appellant.—Appeal dismissed. Per Curiam. The order denying the motion to change the place of trial, in our opinion, is not appealable. (*People* v. *Brindell*, 194 App. Div. 776.) But even if it were appealable, the order should stand, for the papers fall far short of showing that a fair and impartial trial of the defendant upon the indictment cannot be had in Monroe county. What the affidavits do show, however, if believed, is an outrageous abuse of the defendant's rights which, if true, would merit the severest condemnation. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ. [142 Misc. 477.]

OVERLAND-KNIGHT COMPANY, INCORPORATED, Appellant, v. GEORGE RAY MACCOLLUM, Respondent.— Judgment affirmed, with costs. We do not consider on this appeal the question whether the judgment should be without prejudice, or intend in any way to intimate whether the judgment should be without prejudice or not. It is open to the appellant to make application to the Special Term for a modification of the judgment in this respect, if he deems himself entitled to a modification. (See *Ziegler* v. *International Railway Co.*, 232 App. Div. 43.) All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MARGARET PATTERSON, an Infant, by CHARLES C. PATTERSON, Guardian ad Litem, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CHARLES C. PATTERSON, Respondent, v. ERIE RAILROAD COMPANY, Appellant. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

GENEVIEVE STEWART LIPPINCOTT, an Infant, by JOHN A. STEWART, Guardian ad Litem, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

UNION TRUST COMPANY OF ROCHESTER, as Committee of the Property of MALINA K. VOGAN, Respondent, v. LOTTA F. CALHOUN, Appellant.—As to the property included within the injunction heretofore granted, Wilton A. Block, Esq., is hereby appointed receiver, upon giving a bond in the sum of $5,000. In all other respects the motion is denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH MARK v. Hon. FRANK B. THORN, Special County Judge of Erie County, Respondent.— Motion for order of peremptory mandamus denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.